UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AV MEDIA, PTE, LTD., a Singapore corporation, KSM (HONG KONG), LTD., a Hong Kong corporation, KUNSHAN MEDIA EQUIPMENT COMPANY, LTD., a Chinese corporation, and GALLOP HIGH INVESTMENT, LTD., a British Virgin Islands company<br><br>Plaintiffs,<br><br>vs.<br><br>OMNIMOUNT SYSTEMS, INC., an Arizona corporation,<br><br>Defendant. | CASE NO. C06 3805 JSW<br><br>~~(Proposed)~~<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PATRICK J. HODAN *PRO HAC VICE* |

Patrick J. Hodan, an active member in good standing of the bar of the State of Wisconsin whose business address and telephone number is: Reinhart Boerner Van Deuren s.c., 1000 North Water Street, Suite 2100, P.O. Box 2965, Milwaukee, Wisconsin 53201-2965, (414) 298-1000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing OmniMount Systems, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in the General Order No. 45, *Electronic Case filing*.

Dated: AUG 2 4 2006

Hon. Jeffrey S. White, United States District Judge

-1-